AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

| | | |
|---|---|---|
| Elaine Bennett | CASE NUMBER: | 08CV3745 |
| V. | ASSIGNED JUDGE: | JUDGE DER-YEGHIAYAN |
| Encision, Inc. | DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE ASHMAN |

TO: (Name and address of Defendant)

Encision, Inc.
4828 Sterling Drive
Boulder, Colorado 80302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| David Sanford | Grant Morris | Timothy Keller |
| Sanford, Wittels & Heisler, LLP | Law Offices of Grant E. Morris | Aschemann Keller |
| 1666 Connecticut Ave, NW | 1666 Connecticut Ave, NW | 108 W. Jackson St. |
| Washington, D.C. 20009 | Washington, D.C. 20009 | Marion, IL 6295 |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

July 1, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/27/08 |
| NAME OF SERVER (PRINT)  John Chely | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Encision Inc. 6797 Winchester Cir Boulder CO 80301
Served Marcia K. McHaffie, Registered Agent, In Person by Hand

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/08
            Date            Signature of Server

QUALITY PROCESS SERVERS
1045 ?? ?? CIRCLE SOUTH
BOULDER, COLORADO 80304
TEL: ?-444-9700
FAX: ?-?-6111

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.